**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**March 2, 2012**

CASE NUMBER:  CV 12-00726 NC  
CASE TITLE:  GUSTAVE W LINK-v-JOHN C DUNCAN

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Edward M. Chen** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/2/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____  
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects  
Log Book Noted                        Entered in Computer 3/2/12 ha


CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel              Transferor CSA