1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVE W. LINK, etc.,                           No. C12-0726 EMC

        Plaintiff,

        v.                               **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

JOHN C. DUNCAN, et al.,

        Defendants.

_____/

      Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to _Link v. State of California, et al.,_ Civil Case No. C09-1912 MMC.

      IT IS SO ORDERED.

Dated: March 8, 2012

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Maxine M. Chesney